### 8694.  COLLINS *v.* BROOM.

BLOODWORTH, J.  1.  "This court, by the constitutional amendment creating it, is limited in jurisdiction to the correction of errors in law alone, and therefore has no power to grant a new trial on the ground that the

verdict is strongly contrary to the weight of evidence, if there is any evidence at all to support it." *Edge* v. *Thomas,* 9 *Ga. App.* 559 (71 S. E. 875); *Randall* v. *Bell,* 12 *Ga. App.* 614 (77 S. E. 1132); *Toole* v. *Jones,* 19 *Ga. App.* 24 (90 S. E. 732); *McCarty* v. *Keys,* 19 *Ga. App.* 494 (91 S. E. 875).

2. The motion for new trial embraced the usual general grounds only. There was ample evidence to support the verdict, and the court properly refused a new trial.

> *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*
> DECIDED DECEMBER 13, 1917.

Trover; from city court of Savannah—Judge Freeman. March 19, 1917.

*H. G. Dukes, J. P. Dukes,* for plaintiff in error.

*W. R. Hewlett, R. L. Colding,* contra.